**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)      Case Number **04–21292–tmt**

## UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/10/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Eric E. Beezer
542 Weidler Lane
Manheim, PA 17545

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 04–21292–tmt | xxx–xx–4921 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| ALAINE V. GRBACH<br>Alaine V. Grbach, Esquire<br>1480 Old Harrisburg Pike<br>Lancaster, PA 17601<br>Telephone number: (717) 399–8420 | BARRY A. SOLODKY<br>28 Penn Square<br>Lancaster, PA 17603<br>Telephone number: (717) 291–1200 |

### Meeting of Creditors:
*\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\**

Date: **April 19, 2004**      Time: **10:00 AM**
Location: **Ramada Brunswick Hotel, Federal Room, 151 North Queen Street, Mall Area, Lancaster, PA 17603**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 6/18/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 400 Washington Street<br>Suite 300<br>Reading, PA 19601<br>Telephone number: (610)320–5255 | Clerk of the Bankruptcy Court:<br>Joseph Simmons |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 3/26/04 |

**EXPLANATIONS** FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0313-4          User: EileenM              Page 1 of 1            Date Rcvd: Mar 26, 2004
Case: 04-21292                Form ID: 186               Total Served: 22

The following entities were served by first class mail on Mar 28, 2004.
db          Eric E. Beezer,   542 Weidler Lane,   Manheim, PA   17545
aty         ALAINE V. GRBACH,   Alaine V. Grbach, Esquire,   1480 Old Harrisburg Pike,   Lancaster, PA   17601
tr          BARRY A. SOLODKY,   28 Penn Square,   Lancaster, PA   17603
smg         Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,   Allentown, PA   18101
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA   19601
smg         Commonwealth of PA,   Bureau of Accounts Settlements,   P.O. Box 8901,   Attention: Bankruptcy Unit,
              Harrisburg, PA   17105
smg         Credit Bureau of Lancaster County,   218 West Orange Street,   P.O. Box 1271,   Lancaster, PA   17608
smg         Dun & Bradstreet,   c/o Public Record Data Base,   899 Eaton Avenue,   Bethlehem, PA   18026
smg         Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA   18101-2400
smg         Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,   P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg         Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA   19601
smg         Trans Union Credit Information,   760 Sproul Road,   Springfield, PA   19064-4001
smg         U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
              Philadelphia, PA   19106
ust         United States Trustee,   Office of the U.S. Trustee,   601 Walnut Street,,   Suite 950 West,
              Philadelphia, PA   19106
6290275     AMERICAN EDUCATION SERVICES,   P.O. BOX 2461,   Harrisburg, PA 17105-2461
6290276     CAPITAL ONE,   P.O. BOX 85015,   Richmond, VA 23285
6290277     CARD MEMBER SERVICES/MILEAGE PLUS,   P.O. BOX 15153,   Wilmington, DE 19886-5153
6290278     CITI PLATINUM SELECT,   BOX 6500,   Sioux Falls, SD 57117
6290279     DISCOVER,   P.O. BOX 15251,   Wilmington, DE 19886-5251
6290280     MBNA,   P.O.BOX 15463,   Wilmington, DE 19886-5463
6290281     PENNCRO ASSOCIATES, INC.,   95 JAMES WAY SUITE 113,   SOUTHHAMPTON,   Southampton, PA 18966-3847
6290282     THE PENNSYLVANIA STATE UNIVERSITY,   LOAN DEPARTMENT,   108 SHIELDS BUILDING,
              University Park, PA 16802-1222

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 28, 2004**           **Signature:**  *Joseph Speetjens*